IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.   24-916

CATHERINE GULLEDGE, as Guardian
Ad Litem for A.C, a minor, DAVID
GULLEDGE, and wife Catherine
GULLEDGE,

Plaintiffs,

v.

CABARRUS COUNTY BOARD OF
EDUCATION, TANYA STATON, in her
official and individual capacity, and
WILLIAM DAVIS, in his official and
individual capacity,

Defendants.

**NOTICE OF REMOVAL
28 U.S.C. §§ 1331, 1441, 1446**

PLEASE TAKE NOTICE that the above-captioned Defendant Cabarrus County

Board of Education ("Board"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby

removes this lawsuit to this Court from the General Court of Justice, Superior Court

Division, Cabarrus County, North Carolina.  As grounds for this removal, Defendant

Board shows the Court the following:

1.      Plaintiffs instituted this action in the Cabarrus County Superior Court by

causing Summons to be issued and a Complaint to be filed on September 20, 2024.  The

matter was assigned file number 24CVS003448-120.

2.      Defendant Board, through its attorney William Isenhour of the firm

Johnston Allison Hord, received a copy of the Complaint from a staff member of the

Board during a regular Board meeting held on October 7, 2024.

3.    Defendant Board accepted service on October 30, 2024.  That acceptance of service included the claims made against Defendants Tanya Staton and William Davis in their official capacities, which are effectively claims asserted against the Board.  *See, e.g.*, *Love-Lane v. Martin*, 355 F.3d 766, 783 (4th Cir. 2004) ("The district court correctly held that the § 1983 claim against Martin in his official capacity as Superintendent is essentially a claim against the Board. . . .").

4.    Upon information and belief, Defendants Tanya Staton and William Davis have not been served with the Summons and Complaint.

5.    Aside from the filing of the Complaint, issuance of Summons, and filing of the Board's Acceptance of Service, no further proceedings have taken place in the state court action.  A true and accurate copy of the state court "Register of Actions", as retrieved on October 31, 2024, is attached hereto as **Exhibit A**.

6.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which the Board accepted service of the Complaint.

7.    The Complaint asserts two claims for alleged violation of Plaintiffs' constitutional rights pursuant to 42 U.S.C. § 1983.  The Complaint also alleges claims for negligence; gross negligence; negligent hiring, supervision, and/or retention; and, in the alternative, claims for violation of Plaintiffs' rights under the North Carolina Constitution.

8. Plaintiffs label as their sixth and seventh causes of actions a "claim for medical expenses" and punitive damages, which are actually remedies, not separate causes of action.

9. All of Plaintiffs' claims form part of the same case or controversy under Article III of the United States Constitution.

10. The Cabarrus County Superior Court lies within this Court's district.

11. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because there is a federal claim asserted pursuant to 42 U.S.C. § 1983. As a result, this Court now has jurisdiction pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1367.

12. The only pleadings or process received or filed by Defendant Board to date are the Summons, Complaint, and Acceptance of Service attached hereto as **Exhibits B**, **C**, and **D**, respectively. Defendant Board has not filed pleadings or motions in this matter before removal and the Cabarrus County Superior Court has issued no orders.

13. Upon the filing of this Notice of Removal, Defendant Board will furnish written notice thereof to Plaintiffs, and shall file and serve a copy of this Notice with the Clerk of Court in the General Court of Justice, Superior Court Division, Cabarrus County, North Carolina.

14. Defendant Board submits this notice of removal without waiving any defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief can be granted. Defendant Board specifically reserves the right to

assert, if applicable, any and all defenses enumerated under Rule 12 of the Federal Rules of Civil Procedure or any other affirmative defenses, including those enumerated in Rule 8(c) of the Federal Rules of Civil Procedure, upon the filing of their responsive pleadings within the time allotted under the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Board prays that the Court exercise jurisdiction over this matter and permit the matter to proceed before this Court as an action properly removed.

Respectfully submitted this the 31st day of October, 2024.

/s/ Daniel F. E. Smith
Daniel F. E. Smith
  N.C. State Bar No. 41601
  dsmith@brookspierce.com
Elizabeth L. Troutman
  N.C. State Bar No. 48236
  etroutman@brookspierce.com

*Attorneys for Defendant Cabarrus County Board of Education*

OF COUNSEL:

BROOKS, PIERCE, McLENDON
  HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC  27420
Telephone:  336-373-8850
Facsimile: 336-378-1001

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing was served upon all parties to this action by: (1) email; and (2) depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

email and depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

> Joseph Raymond Pellington
> DAS Law Group
> 438 Queens Rd.
> Charlotte, NC  28207
> jpellington@devact.com
>
> Zachary R. Snyder
> Plummer & Snyder, PLLC
> 151 Church St., NE
> Concord, NC  28025
> zach@plummerandsnyderlaw.com
>
> *Attorneys for Plaintiffs*

depositing a copy of the same in the United States Mail, first-class postage prepaid, addressed to the following:

> William Davis
> 4401 Old Airport Rd.
> Concord, NC  28025
>
> Tanya Staton
> 4401 Old Airport Rd.
> Concord, NC  28025

This the 31st day of October, 2024.

/s/ Daniel F. E. Smith
Daniel F. E. Smith